428 A.2d 672

In the Interest of DeBooth, Appellant.

Submitted December 6, 1979. Alan B. Ziegler, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, participating party.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Adjudication and disposition affirmed.